John A. Drolshagen, #105614
Marissa J. Facciani, #201320
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, UNITED RENTALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR.,<br><br>Plaintiff,<br><br>v.<br><br>GENIE INDUSTRIES, INC., A WASHINGTON CORPORATION; UNITED RENTALS, INC., A DELAWARE CORPORATION , and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:05-CV-00927-GEB-PAN<br><br>**STIPULATION AND ORDER RE: FILING FIRST AMENDED ANSWER OF UNITED RENTALS, INC. TO PLAINTIFFS' COMPLAINT; AND PLAINTIFFS PROPOUNDING INTERROGATORIES EXCEEDING 25 (Rule 33)** |

Plaintiffs, DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR., and defendant UNITED RENTALS, INC. hereby stipulate and consent, in writing, within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that defendant UNITED RENTALS, INC. may file the First Amended Answer in this action which is attached to this Stipulation as Exhibit "A".  Good cause exists for the amendment of defendant UNITED RENTALS, INC.'s Answer to correct typographical errors which were recently discovered.

Stipulation and Order Re: Filing of First
Amended Answer to Complaint, etc.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS FURTHER STIPULATED by Plaintiffs DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE STATE OF MANUEL ESTRADA, SR. and Defendant UNITED RENTALS, INC. that Plaintiff DELORES ESTRADA may propound additional interrogatories exceeding 25, but not exceeding 50, regarding UNITED RENTALS, INC.'s First Amended Answer attached hereto as Exhibit "A"; and Plaintiff TINA DUNCAN may propound additional interrogatories exceeding 25, but not exceeding 46, regarding UNITED RENTALS, INC.'s First Amended Answer attached hereto as Exhibit "A".

Dated:  01/23/06

CLAYEO C. ARNOLD, A PROF. CORP.

By:   s/ Antonio M. Ontiveros
Anthony M. Ontiveros, Attorneys for Plaintiffs DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA as Successor in Interest of the Estate of Manuel Estrada, Sr.

Dated:  01/30/06

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By:   s/ Marissa J. Facciani (for)
John A. Drolshagen, Attorneys for Defendant UNITED RENTALS, INC.

DATED:  March 13, 2006

  /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street
Suite 204
Fresno, CA 93720

Stipulation and Order Re: Filing of First Amended Answer to Complaint, etc.

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com