John A. Drolshagen, #105614  (SPACE BELOW FOR FILING STAMP ONLY)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, UNITED RENTALS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR.,<br><br>Plaintiff,<br><br>v.<br><br>GENIE INDUSTRIES, INC., A WASHINGTON CORPORATION; UNITED RENTALS, INC., A DELAWARE CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:05-CV-00927-GEB-EFB<br><br>**STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL AS TO DEFENDANT UNITED RENTALS, INC., ONLY**<br><br>Trial Date: May 15, 2007<br>Action Filed: March 1, 2005 |

The following Stipulation is entered into between Plaintiffs, DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN and Defendant, UNITED RENTALS INC.,

Plaintiffs and Defendant United Rentals, Inc., by through their respective counsel of record, hereby agree and stipulate as follows:

1. On February 5, 2007, Plaintiffs and Defendant United Rentals, Inc., entered into a Settlement Agreement in this matter.

2. As part of the Settlement Agreement entered into between Plaintiffs and

WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720

Stipulation and Order Regarding Voluntary Dismissal of United Rentals, Inc., only.

1  Defendant, United Rentals, Inc., the settlement was contingent upon Defendant, United Rentals, Inc.,
2  obtaining an order that the settlement entered into with Plaintiffs was in good faith pursuant to
3  California Code of Civil Procedure §877.6.

4      3.  Defendant, United Rentals, Inc., is in the process of filing a Motion with the
5  above-entitled court to obtain the above-entitled court's order that the settlement entered into
6  between Plaintiffs and Defendant, United Rentals, Inc., was in good faith pursuant to California
7  Code of Civil Procedure §877.6.

8      4.  Counsel for Plaintiffs and Defendant United Rentals, Inc., executed a
9  stipulation regarding dismissal as to Defendant United Rentals, Inc., only and on February 9, 2007,
10 the stipulation regarding dismissal as to Defendant United Rentals, Inc., only was filed electronically
11 with the above-entitled court.

12     5.  On February 13, 2007 the above-entitled court issued its order dismissing
13 United Rentals, Inc.

14     6.  The dismissal of Defendant United Rentals, Inc., should not have been filed
15 with the court, and the subsequent order issued, until the above-entitled court has considered and
16 ruled upon Defendant, United Rentals, Inc.'s Motion for Good Faith Settlement pursuant to
17 California Code of Civil Procedure §877.6.

18     7.  Plaintiffs and Defendant, United Rentals, Inc., agree and stipulate that the
19 stipulation regarding dismissal as to Defendant, United Rentals, Inc., only, be withdrawn, and the
20 subsequent order dismissing Defendant United Rentals, Inc., should be vacated.

21 Dated: March 2, 2007        WILKINS, DROLSHAGEN & CZESHINSKI LLP

22
23                         By    /S/
24                            John A. Drolshagen, Counsel for
                           UNITED RENTALS INC.

25 / / /
26 / / /
27 / / /
28 / / /

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

Stipulation and Order Regarding Voluntary Dismissal of United Rentals, Inc., only.

Dated: March 2, 2007

                                        CLAYEO C. ARNOLD
                                        A PROFESSIONAL CORPORATION


By_____/S/_____
    Anthony M. Ontiveros, Counsel for Plaintiffs
DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR.

The parties' stipulated dismissal of Defendant United Rentals, Inc. is vacated; therefore, United Rentals, Inc. is a Defendant in this case.

Dated:  March 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Estrada v. Genie stip.order.voluntary.dismissal.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 3 -

Stipulation and Order Regarding Voluntary  Dismissal of United Rentals, Inc., only.