John A. Drolshagen, #105614
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, UNITED RENTALS, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR., <br><br> Plaintiff, <br><br> v. <br><br> GENIE INDUSTRIES, INC., A WASHINGTON CORPORATION; UNITED RENTALS, INC., A DELAWARE CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:05-CV-00927-GEB-EFB <br><br> **STIPULATION REGARDING DISMISSAL AS TO DEFENDANT UNITED RENTALS, INC., ONLY** <br><br><br> Trial Date: September 25, 2007 <br> Action Filed: March 1, 2005 |

IT IS HEREBY STIPULATED by and between Defendants UNITED RENTALS, INC., by and through their designated counsel, John A. Drolshagen of the law firm of Wilkins, Drolshagen & Czeshinski LLP and Plaintiffs DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR. by and through their designated counsel, Anthony M. Ontiveros, of the law firm of Clayeo C. Arnold A Professional Corporation that the above-caption action being hereby is dismissed with prejudice as to United Rentals, Inc., only, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: May 31, 2007              WILKINS, DROLSHAGEN & CZESHINSKI LLP

By _____/S/_____
John A. Drolshagen, Counsel for
UNITED RENTALS INC.

Dated: May 28, 2007

CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION

By _____/S/_____
Anthony M. Ontiveros, Counsel for Plaintiffs
DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, and DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR.

IT IS SO ORDERED:

Dated: May          , 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

F:\Data\US Rentals\Monier\ESTRADA V. GENIE\FEDERAL COURT ACTION\dismissal.stip.order.federal.court.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street
Suite 204
Fresno, CA 93720