IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ESTRADA; TINA DUNCAN;<br>MANUEL ESTRADA, JR.; DAVID ESTRADA;<br>ARLENE GREEN; DOLORES ESTRADA<br>AS SUCCESSOR IN INTEREST OF THE<br>ESTATE OF MANUEL ESTRADA, SR.,<br><br>           Plaintiffs,<br><br>   v.<br><br>GENIE INDUSTRIES, INC., a<br>Washington Corporation,<br><br>           Defendant. | 2:05-cv-927-GEB-EFB<br><br>ORDER |

In light of the parties' joint request that they be granted leave to file a proposed modified Final Pretrial Order, the request is granted. Therefore, the parties shall file the referenced proposed order within ten calendar days of the date on which this Order is filed. The motion concerning this matter is deemed withdrawn and the hearing date is vacated.

Dated: August 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge