**CLAYEO C. ARNOLD**
**A Professional Corporation**
Clayeo C. Arnold, SBN 65070
Anthony M. Ontiveros, SBN 152758
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax: (916) 924-1829

Attorney for Plaintiffs
DOLORES ESTRADA, TINA DUNCAN,
MANUEL ESTRADA, JR., DAVID ESTRADA,
and ARLENE GREEN


**RYAN & FONG**
Timothy J. Ryan, SBN 99542
2379 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
Telephone: (916) 924-1912

Attorneys for Defendant
GENIE INDUSTRIES, INC., a Washington corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ESTRADA, TINA DUNCAN, MANUEL ESTRADA, JR., DAVID ESTRADA, ARLENE GREEN, AND DOLORES ESTRADA AS SUCCESSOR IN INTEREST OF THE ESTATE OF MANUEL ESTRADA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> GENIE INDUSTRIES, INC., A Washington Corporation; UNITED RENTALS, INC., A Delaware Corporation; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No: 0:05-CV-00927 GEB/EFB <br><br> **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE** <br><br> Trial Date: September 25, 2007 <br><br> Honorable Garland E. Burrell, Jr. |

Stipulation Regarding Continuance of Trial Date         1

IT IS HEREBY STIPULATED by and between Defendant Genie Industries, Inc., by and through its designated counsel, Timothy Ryan, Esq., of the law firm of Ryan & Fong, and Plaintiffs Dolores Estrada, Tina Duncan, Manuel Estrada, Jr., David Estrada, Arlene Green, and Dolores Estrada as successor in interest of the estate of Manuel Estrada, Sr., by and through their designated counsel, Anthony M. Ontiveros, Esq., of the law firm of Clayeo C. Arnold, A Professional Law Corporation, that the trial in the above-referenced matter is continued to April 8, 2008.

Dated: September 4, 2007

CLAYEO C. ARNOLD
A Professional Law Corporation

By: /s/ - Anthony M. Ontiveros
ANTHONY M. ONTIVEROS
Attorney for Plaintiff

Dated: September 4, 2007

RYAN & FONG

By: /s/ - Timothy J. Ryan
Timothy J. Ryan
Attorney for Defendant
GENIE INDUSTRIES, INC., a Washington Corporation

IT IS SO ORDERED:

Dated: September 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge