IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOLORES ESTRADA, TINA DUNCAN, )
MANUEL ESTRADA, JR., DAVID ESTRADA,)   2:05-Cv-00927-GEB-EFB
ARLENE GREEN, AND DOLORES ESTRADA )
AS SUCCESSOR IN INTEREST OF THE )
ESTATE OF MANUEL ESTRADA, SR., )
                                 )
            Plaintiffs,          )
                                 )
    v.                           )     ORDER
                                 )
GENIE INDUSTRIES, INC.,          )
                                 )
            Defendant.           )
_____)

On August 24, 2007, Defendant Genie Industries, Inc., ("Genie") filed "Genie Industries, Inc.'s Amended Witness and Exhibit Lists." However, these lists contain witnesses and exhibits that were not previously disclosed when the parties filed their Joint Pretrial Statement, nor were they included as part of the Final Pretrial Order, nor were they included in the Proposed Amended Final Pretrial Order that was filed by the parties on August 17, 2007.

The Amended Final Pretrial Order sets forth limited circumstances in which a party may move to amend it. Since Genie has

1

not demonstrated circumstances warranting an amendment of the Amended Final Pretrial Order in accordance with the standards prescribed therein, Genie's August 24, 2007, witness and exhibit lists are rejected.

IT IS SO ORDERED.

September 28, 2007

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge